OPINION — AG — QUESTION(1): IS THE SECRETARY OF THE TULSA COUNTY ELECTION BOARD A "COUNTY EMPLOYEE" WITHIN 19 O.S. 1961 957 [19-957]? — YES, QUESTION(2): ARE EMPLOYEES OF THE TULSA CITY COUNTY CIVIL DEFENSE ADMINISTRATION "COUNTY EMPLOYEES" WITHIN 19 O.S. 1961 957 [19-957]? — YES, QUESTION(3): ARE EMPLOYEES OF DRAINAGE DISTRICTS WITHIN TULSA COUNTY "COUNTY EMPLOYEES" UNDER 19 O.S. 1961 957 [19-957]? — NO CITE: 26 O.S. 1961 24 [26-24](A), 26 O.S. 1961 21 [26-21], 26 O.S. 1961 93.20 [26-93.20], 63 O.S. 1961 672 [63-672], 82 O.S. 1961 306 [82-306], 82 O.S. 1961 309 [82-309], 82 O.S. 1961 441 [82-441] [82-441], 82 O.S. 1961 281 [82-281], 82 O.S. 1961 411 [82-411] [82-411] (TERRY SHIPLEY)